SUSAN B. MEYER (SBN: 204931)
smeyer@grsm.com
HAZEL MAE B. PANGAN (SBN: 272657)
hpangan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Movants
VITAL PHARMACEUTICALS, INC. (d/b/a BANG ENERGY)
and JACK OWOC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL PHARMACEUTICALS, INC. D/B/A BANG ENERGY; and JACK OWOC, an individual<br><br>Movants,<br><br>vs.<br><br>TIKTOK INC.<br><br>Respondent. | CASE NO.<br><br>**VITAL PHARMACEUTICALS, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FED. R. CIV. P. 7.1]**<br><br>[Underlying Action: *UMG Recordings, Inc., et al. v. Vital Pharmaceuticals, Inc., et al.*, No. 21-cv-60914-Dimitrouleas/Snow (S.D. Fla.)] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Vital Pharmaceuticals, Inc. (d/b/a Bang Energy) hereby discloses that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: April 11, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Hazel Mae B. Pangan
Susan B. Meyer
Hazel Mae B. Pangan
Attorneys for Movants
VITAL PHARMACEUTICALS, INC. D/B/A BANG ENERGY
and JACK OWOC

1
**CORPORATE DISCLOSURE STATEMENT**